UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

GLENN HUNTER BROWN SR,  )
        Plaintiff,  )
        vs.  )  Case No. 6:08-bk-03082-KSJ
REGIONS BANK,  )  Chapter 7
        Defendant  )

## MOTION FOR VIOLATION OF AUTOMATIC STAY AND CREDITOR MISCONDUCT

Plaintiff, GLENN HUNTER BROWN SR., by and through his undersigned counsel, hereby moves the court for an award of damages against Defendant, REGIONS BANK, for a violation of automatic stay and alleges the following:

1) Plaintiff filed for an Order of Relief under Chapter 7 of Title 11 on April 19, 2008.

2) The aforementioned case is currently pending before this court.

3) The gravamen of this motion is that despite Plaintiff's filing of bankruptcy, Defendant has willfully collected a debt from Plaintiff's personal bank account without his prior consent.

## FACTS

1) On or about October 2006, Plaintiff opened a revolving line of credit account with Defendant.

2) On July 25, 2008, Plaintiff's personal bank account was debited in the amount of $921.00 for a "Bank Debit" (Exhibit "A").

3) Plaintiff was confused as to this charge as it was unbeknownst to him who authorized it for it was not something he had previously given prior consent to.

4) Upon realization of this charge, Plaintiff sent a message to Defendant requesting the amount be returned and credited to his account (Exhibit "B").

5) Defendant responded by requesting that Plaintiff call customer service (Exhibit "C") for further assistance.

6) Plaintiff promptly called the Defendant whereupon he was informed that his account was debited for a past due interest and late fees that had been acquired through his Flexline revolving credit account.

7) Defendant also informed Plaintiff that his account was debited as they had not received notice of Plaintiffs pending bankruptcy.

8) Plaintiff kindly informed them that he had filed bankruptcy and his case was pending with the court.

9) On August 20, 2008, Plaintiff sent a letter to Defendant once again reminding them of the current pending bankruptcy (Exhibit "D").

10) Defendant has refused to return Plaintiff the amount collected.

## COUNT I: AUTOMATIC STAY APPLIES TO THE DEFENDANT

11) Section 362 stays action to collect a debt. Specifically, § 362(a)(6) protects Defendant from creditors that are acting in any capacity to collect, assess, or recover a claim against him that arose before the commencement of the bankruptcy proceedings.

12) Defendant is enjoined by the automatic stay from creditor attempts to collect a debt, including having his account debited without any prior authorization.

13) The filing of a petition bankruptcy effectuates automatic of all proceedings against debtor effective the date the petition is filed and actions taken in violation of stay are void, even if there is no actual notice of the stay. (*Personalized Air Conditioning, Inc. v. C.M. Systems of Pinellas*, 522 So.2d. 465 Fla.App. 4 Dist, 1988).

## COUNT II: THE COLLECTION OF A DEBT BY DEFENDANT VIOLATES AUTOMATIC STAY

14) Once a creditor receives notice of a Chapter 7 bankruptcy filing, creditor has an affirmative duty to undo its violations of automatic stay. (*In re Keen*, 301 B.R. 749 Bkrtcy. S.D. Fla. 2003).

15) There can be no doubt that the Defendant had knowledge of the Plaintiffs pending bankruptcy case.

16)  Defendant is listed as a creditor in Plaintiffs bankruptcy petition under Schedule F.

17) Defendant originally violated the automatic stay when, with knowledge of debtor's Chapter 7 bankruptcy filing, charged defendant $921 for late fees and interest on his revolving credit account.

18) Plaintiff has made several good-faith attempts to have the $921 returned to him.

19) Defendant's actions of charging his account and further refusing to return the fees are in direct violation of the automatic stay.

## COUNT III: VIOLATION OF THE STAY WAS WILLFULL

20) Plaintiff has acted with blatant disregard to court rules and procedures.

21) Plaintiff was listed as a creditor on Defendants bankruptcy petition filing and had been advised on his pending bankruptcy.

22) Based on Defendants actions of deliberately charging Plaintiff's account and violating what is supposed to be a private personal bank account, Defendant has willfully violated the automatic stay in place for the Plaintiff.

23) A willful violation of the automatic stay occurs when the creditor knew that the stay had been invoked and deliberately intended the action that violated the stay (*In re Hedetneimi* 297 B.R. 837 Bkrtcy. M.D. Fla. 2003).

## COUNT IV: PLAINTIFF WAS INJURED BY DEFENDANTS CREDITOR MISCONDUCT

24) Defendant deliberately charged Plaintiff's account with the willful intent to injure Plaintiff.

25) Plaintiff filed for bankruptcy and believed he was relieved from the pressure and harassment from creditors seeking to collect their claims.

26) However, Defendant has failed to abide by the automatic stay and has collected a debt and has left Plaintiff suffering from emotional distress.

27) Plaintiff has been injured by Defendants actions to collect the debt.

## DAMAGES

WHEREFORE, Section 362(k)(1) provides that the court shall award an individual his costs and attorneys fees, in addition to actual damages. The debtor's damages include:

a) Plaintiff's out-of-pocket expenses to cover the filing fee.

b) The $921 charged to Plaintiff by the Defendant.

c) Plaintiff's reasonable Attorney's Fees.

d) Additionally, the debtor has lost precious time from his personal and professional life while attempting to recuperate his funds taken from him by the Defendant.

e) Lastly, the debtor has suffered interruption, annoyance, and continuing anxiety as he proceeds with his Chapter7 bankruptcy filing.

Since actions taken in violation of the automatic stay are void, the court is urged to find Regions bank in violation of the automatic stay and damages should be awarded to the Plaintiff.

Dated this 22 day of August, 20008.

By:    /s/ Richard Nazareth
_____
RICHARD M. NAZARETH, ESQ.
FL BAR #35006
The Nazareth Law Firm, P.A.
Attorneys At Law
625 E. Colonial Drive
Orlando, Fl. 32803
Ph: (321) 319-0587
Fax: (866) 449-8042

**REGIONS**  Regions Bank

Winter Park Office
517 W Morse Blvd
Winter Park, FL 32789



```
00075056 01 FP  0.394 001
GLENN H BROWN SR
89 QUAIL TRL
GREENVILLE VA 24440-1504
```

| | |
|---|---:|
| ACCOUNT # | 3720083815 |
| | 092 |
| Cycle | 17 |
| Enclosures | 2 |
| Page | 1 of 3 |

## 50+ FREE CHECKING
June 27, 2008 through July 29, 2008

### SUMMARY

| | | | |
|---|---:|---|---:|
| Beginning Balance | $2,187.71 | Minimum Balance | $2 |
| Deposits & Credits | $1,233.00 + | Average Balance | $1,712 |
| Withdrawals | $3,168.46 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $250.00 − | | |
| Ending Balance | $2.25 | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---:|
| 07/09 | US Treasury 303 Soc Sec Glenn H Brown | 1,233.00 |

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---:|
| 06/27 | ATM Withdrawal Hess 09267    Hess 09267 Kissimmee   FL23696701   3437 | 18.00 |
| 06/30 | ATM Withdrawal Publix 2925 IN  Publix 2925 I Kissimmee   FLIN3082   3437 | 80.07 |
| 07/01 | Kissimmee Utilit UT Bill Glenn H Brown  017691400448320 | 25.00 |
| 07/01 | ATM Withdrawal Wal-Mart #5420  Wal-Mart #542 Kissimmee   FL24542001   3437 | 23.06 |
| 07/03 | Equity Lifestyle Dir Debit Glenn H Brown | 488.20 |
| 07/03 | ATM Withdrawal Albertsons    Albertsons Kissimmee   FLIN3092   3437 | 44.92 |
| 07/07 | ATM Withdrawal Publix 2925 IN  Publix 2925 I Kissimmee   FLIN3101   3437 | 59.78 |
| 07/07 | ATM Withdrawal Hess 09267    Hess 09267 Kissimmee   FL23696701   3437 | 19.00 |
| 07/08 | ATM Withdrawal Regions    Celebration B Celebration FLF3350   3437 | 100.00 |
| 07/08 | CheckCard Purchase Prescription Hm Salt Lake Ci UT 3437 | 25.00 |
| 07/14 | ATM Withdrawal Wal-Mart #5420  Wal-Mart #542 Kissimmee   FL24542001   3437 | 52.14 |
| 07/14 | ATM Withdrawal Wal-Mart #5420  Wal-Mart #542 Kissimmee   FL24542001   3437 | 42.01 |
| 07/14 | ATM Withdrawal Hess 09267    Hess 09267 Kissimmee   FL23696701   3437 | 15.60 |
| 07/16 | ATM Withdrawal Wal-Mart #5420  Wal-Mart #542 Kissimmee   FL24542001   3437 | 259.52 |
| 07/16 | ATM Withdrawal Regions    Celebration B Celebration FLF3350   3437 | 100.00 |
| 07/16 | ATM Withdrawal Hess 09267    Hess 09267 Kissimmee   FL23696701   3437 | 20.00 |
| 07/17 | CheckCard Purchase Dexters Winter Winter Park  FL 3437 | 42.92 |
| 07/23 | ATM Withdrawal Wal-Mart #5420  Wal-Mart #542 Kissimmee   FL24542001   3437 | 48.32 |
| 07/24 | ATM Withdrawal Publix 2925 IN  Publix 2925 I Kissimmee   FLIN3087   3437 | 62.72 |
| 07/24 | ATM Withdrawal RACETRAC137    RACETRAC137 Kissimmee  FL55955002  3437 | 21.20 |
| 07/25 | Bank Debit | 921.00 |
| 07/28 | ATM Withdrawal Regions    Celebration B Celebration FLF3350   3437 | 400.00 |
| 07/28 | ATM Withdrawal Regions    Celebration B Celebration FLF3350   3437 | 300.00 |
| | Total Withdrawals | $3,168.46 |

EXHIBIT "A"

**REGIONS** Regions Bank

Winter Park Office
517 W Morse Blvd
Winter Park, FL 32789

GLENN H BROWN SR
89 QUAIL TRL
GREENVILLE VA 24440-1504

ACCOUNT #    3720083815

Page    3    of 3



| Check# 1059 | 07/15/2008 | $250.00 | Check# 0 | 07/25/2008 | $921.00 |


**REGIONS**
RegionsNet ONLINE BANKING

ACCOUNTS ▾ | TRANSFERS ▾ | PAYMENTS ▾ | E-SERVICES ▾ | E-STATEMENTS | CUST(

## Message Detail from Regions

**Date:** 7/30/2008 9:07:00 AM

**Subject:** unauthorized debit

**Message:**
```
please credit unauthorized debit of my
checking account on 7/25 in the amount
of $921.

This credit has been discharged through
my bankruptcy

Glenn H. Brown

Flexline account #0000-2120-0021-1251
```

Return | Delete Message

ACCOUNTS   TRANSFERS   PAYMENTS   E-SERVICES   E-STATEMENTS   CUSTOMER SEI
Contact Us   Site Map   Terms and Conditions   Privacy Pledge   Security

🏠 Equal Housing Lender   Member FDIC   2008 Regions Financial Corporation   1-80

EXHIBIT "B"



ACCOUNTS ▼ | TRANSFERS ▼ | PAYMENTS ▼ | E-SERVICES ▼ | E-STATEMENTS | CUST(

## Message Detail from Regions

To reply to this message, select Reply. To delete this message, select Delete Message.

**Date:** 7/30/2008 7:14:38 PM

**Subject:** Support Case #3655267

**From:** Customer Care

**Message:**

> Mr. Brown,
>
> Thank you for your email. Please contact the Regions Bankruptcy department at 800-675-4471 to discuss this issue with a Regions Bank specialist. Representatives are available to assist you Monday through Friday from 8:00 AM to 4:30 PM (CT).

[Return]  [Delete Message]  [Reply]

ACCOUNTS   TRANSFERS   PAYMENTS   E-SERVICES   E-STATEMENTS   CUSTOMER SEF

Contact Us   Site Map   Terms and Conditions   Privacy Pledge   Security

🏠 Equal Housing Lender   Member FDIC   2008 Regions Financial Corporation   1-80

EXHIBIT "C"

https://securebank.regions.com/messages/MessageDetail.aspx?id=6696941&messageToUse...   8/2/2008

# Bartlett & Nazareth, P.A.
Attorneys at Law
625 East Colonial Drive
Orlando, FL 32803
(321)319-0587 ph
(866)449-8042 fax

## FACSIMILE TRANSMISSION

| | | | |
|---|---|---|---|
| **To:** | Attn: Bankruptcy Department | **From:** | Philip Bartlett, Esq. |
| **Fax:** | 205-560-4809 | **Pages:** | 2 |
| **Phone:** | | **Date:** | 08-20-08 |
| **Re:** | Brown, Glenn Hunter Sr. Account #3720083815 | **CC:** | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

**Comments:**

EXHIBIT "D"



# Bartlett & Nazareth, P.A.
*Attorneys at Law*

625 E. Colonial Drive
Orlando, FL 32803
PH: (321) 319-0587
FAX: (407) 770-6066

**Shareholders:**
Philip D. Bartlett III
Richard M. Nazareth II

August 20, 2008

Regions Bank
PO Box 2224
Birmingham, AL 35246-0009

Re:   Brown, Glenn Hunter Sr.
      Account #3720083815

To Whom It May Concern:

On April 19, 2008, the above-named debtor filed a voluntary petition under Chapter 7 of the U.S. Bankruptcy Code. The case number is 6:08-bk-03082.

On July 25, 2008, his checking account was debited by your company for the amount $921. This letter formally requests that this amount be returned and credited to his account.

I am enclosing a copy of the file-stamped Automatic Stay verifying the filing of the Petition.

Under 11 U.S.C. Section 362 (a), you may not:

- take any action against the debtor(s) or the debtor(s')'s property to collect any debt;

- enforce any lien on debtor(s')'s real or personal property;

- repossess any property in debtor(s')'s possession;

- discontinue any service or benefit currently being provided to the debtor(s) by you;

- take any action to evict the debtor(s) from his/her residential dwelling.

A violation of these prohibitions may be considered contempt of court and be punished accordingly.

Sincerely,

RICHARD MARTIN NAZARETH, ESQ.
The Nazareth Law Firm, P.A.
Florida Bar No. 35006
625 E. Colonial Drive
Orlando, Fl. 32803
Ph: (321) 319-0587
Facsimile: (866) 449-8042

```
*********************
***   TX REPORT    ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0370 |
| RECIPIENT ADDRESS | 12055604809 |
| DESTINATION ID | |
| ST. TIME | 08/20 10:38 |
| TIME USE | 00'21 |
| PAGES SENT | 2 |
| RESULT | OK |