UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

IN RE                                             )
                                                  )
                                                  )    Case No. 6:08-bk-03082-KSJ
GLENN HUNTER BROWN SR,                            )    Chapter 7
           Debtor.                                )
                                                  )
                                                  )

ORDER GRANTING MOTION
FOR VIOLATION OF AUTOMATIC STAY AND CREDITOR MISCONDUCT

The debtor, GLENN HUNTER BROWN SR., by and through his counsel, moved this Court on a Motion for Violation of the Automatic Stay and Creditor Misconduct dated August 22, 2008 (Document 22) for an award of damages against creditor REGIONS BANK on September 03, 2008. A notice of evidentiary hearing on the motion (Document 26) was sent out to all interested parties scheduled on October 15, 2008. Consistent with the findings of fact and conclusions of law stated orally and recorded in open court pursuant to F.R.B.P. 7052, the Court makes the following ruling and retains jurisdiction to issue supplemental written findings of fact and conclusions of law to further explain the oral ruling, in the event an appeal is filed, pursuant to In re Mosley, 494 F.3d 1320 (11th Cir., 2007). Accordingly, it is

ORDERED:

1. The Debtor's Motion (Doc. No. 22) is granted.

2. Regions Bank awards $1,421.00 in actual damages to the debtor and $1,000.00 in attorney fees to debtor's attorney, Richard Martin Nazareth, II.

3. Regions Bank shall pay $2,421.00 directly to Mr. Nazareth at Bartlett & Nazareth, PA, 625 East Colonial Drive, Orlando, FL 32803, within 30 days of the entry of this order.

4. The Court shall enter a Final Judgment upon which execution shall lie if Regions Bank does not timely pay the full awarded damages.

DONE AND ORDERED on November 7, 2008.

_____
KAREN S. JENNEMANN
United States Bankruptcy Judge

Copies Furnished To:
Richard Nazareth, Esq, 625 E Colonial Drive, Orlando, FL 32803
Glenn Brown, 952 Savanna Drive, Kissimmee, FL 34746
Regions Bank, PO Box 2224, Birmingham, AB 35246
CSC, FL Register Agent of Regions Bank, 1201 Hays Street, Tallahassee, FL 32301