## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:

BROWN, GLENN HUNTER

Debtor.

Case No. 6:08-bk-03082-KSJ

Chapter 7

### ORDER GRANTING ATTORNEY'S FEES AND FINAL JUDGMENT

THIS CAUSE came on for consideration on a Motion for Final Judgment (Document 38) pursuant to Motion for Violation of the Automatic Stay and Creditor Misconduct dated August22, 2008 (Document 22) for an award of damages against creditor REGIONS BANK on September 03, 2008. A notice of evidentiary hearing on the motion (Document 26) was sent out to all interested parties scheduled on October 15, 2008. Consistent with the findings of fact and conclusions of law stated orally and recorded in open court pursuant to F.R.B.P. 7052, the Court made the following ruling and retained jurisdiction to issue supplemental written findings of fact and conclusions of law to further explain the oral ruling, in the event an appeal is filed, pursuant to In re Mosley, 494 F.3d 1320 (11th Cir., 2007). The Court ordered to Plaintiff, debtor, the sum of $2491.00 from Defendant made payable with 30 days of the entry of the order, and if the sum was not paid timely reserved jurisdiction to issue a judgment in which execution shall lie

J.B. VOL 15 NO. 1003

(Document 30). Defendant has failed to pay timely and debtor has incurred additionally attorney's fee with the filing of its motion for final judgment. Accordingly, it is

ORDERED:

1. That Judgment, in which execution lies, is entered for Plaintiff in the sum of **$2,921.00**, including actual damages to debtor and $1,000.00 in attorney's fees to debtor's attorney, AND $500 in additional attorney's fees to debtor's attorney, Richard M. Nazareth, for the filing of this Motion.

DONE AND ORDERED in Orlando, Florida on August 31, 2009.

KAREN S. JENNEMANN
United States Bankruptcy Judge

Copies Furnished To:
Richard Nazareth, Esq, 625 E Colonial Drive, Orlando, FL 32803
Glenn Brown, 952 Savanna Drive, Kissimmee, FL 34746
Regions Bank, PO Box 2224, Birmingham, AB 35246
CSC, FL Register Agent of Regions Bank, 1201 Hays Street, Tallahassee, FL 32301